UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| DOYLE WHENRY, | CIVIL ACTION NO.: 2:13-cv-04356 |
| Plaintiff, | |
| v. | Thomas N. O'Neill, Jr.<br>United States District Judge |
| WELTMAN, WEINBERG & REIS CO., L.P.A., and<br>CAPITAL ONE BANK (USA), N.A., |  |
| Defendants. | |

## STIPULATION PURSUANT TO LOCAL RULE 7.4(b)(2) TO EXTEND TIME FOR DEFENDANTS TO ANSWER, PLEAD OR OTHERWISE MOVE

It is hereby stipulated by and between the parties pursuant to Local Rule 7.4(b)(2) that Defendants, WELTMAN, WEINBERG & REIS CO., L.P.A., and CAPITAL ONE BANK (USA), N.A., shall have until September 13, 2013, to answer, plead or other move in response to Plaintiff's Complaint. The Court has previously granted extensions to each of the Defendants, however, the requested extensions do not exceed thirty (30) days.

Respectfully Submitted:

/s/ Brent F. Vullings
Brent F. Vullings (bfv8435)
Vullings Law Group, LLC
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
Phone: (610) 489-6060
fax: (610) 489-1997
Email: bvullings@vullingslaw.com

Attorney for Plaintiff,
Doyle Whenry

/s/ Michael J. Dougherty
Michael J. Dougherty (P76046)
Weltman, Weinberg & Reis Co., L.P.A.
325 Chestnut Street, Suite 501
Philadelphia, PA 19106
Phone: (215) 599-1500
Fax: (215) 599-1505
Email: mdougherty@weltman.com

Attorney for Defendant,
Weltman, Weinberg & Reis Co., L.P.A.

/s/ Kevin Batik
Kevin Batik
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Phone: (412) 667.7986
Fax: (412) 667.7942
Email: kbatik@mcguirewoods.com

Attorney for Defendant,
Capital One Bank (USA), N.A.


The within Stipulation is hereby approved.

By the Court:

*T. N. O'Neill* (signature)

Thomas N. O'Neill, Jr.
United States District Judge
9/9/13