UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOYLE WHENRY | Case Number 2:13-cv-04356 |
| Plaintiff | |
| vs. | |
| WELTMAN, WEINBERG & REIS CO., L.P.A. & CAPITAL ONE BANK (USA), N.A. | NOTICE OF VOLUNTARY DISMISSAL |
| Defendants | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Doyle Whenry, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice. Each party is responsible for their own attorney's fees and costs.

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Ste. 102
Collegeville, PA 19426
610-489-6060